UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HERRERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC.<br><br>Defendant. | Case No. 1:23-cv-01402-CDB<br><br>ORDER ON STIPULATION TO ENLARGE TIME FOR PLAINTIFF'S MOTION TO REMAND<br><br>(Doc. 6) |

On August 4, 2022, Plaintiff Donna Herrera ("Plaintiff") filed a putative class action complaint against Defendant Olam Americas, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1). On September 26, 2023, Defendant removed the action to this Court. *Id*.

Pending before the Court is the parties' stipulation to enlarge the time for Plaintiff to file a motion for remand, filed on October 11, 2023. (Doc. 6). In their stipulation, counsel for the parties represent they are attending a private mediation on October 20, 2023, and intend to devote their resources and efforts to a potential resolution of this action. *Id*. at 2.

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. Plaintiff's deadline to file a motion for remand shall be continued to January 24, 2024;
2. The Initial Scheduling Conference set for December 18, 2023, at 9:30 AM (Doc. 3) is

1

1    reset for January 31, 2024, at 9:00 AM in Bakersfield (CDB); and

2  3.  All other orders not in conflict with the above shall remain in effect.

IT IS SO ORDERED.

Dated:  **October 16, 2023**

_____
UNITED STATES MAGISTRATE JUDGE