UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HERRERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC.,<br><br>Defendant. | Case No. 1:23-cv-01402-KES-CDB<br><br>ORDER ON STIPULATION STAYING ACTION PENDING COMPLETION OF MEDIATION<br><br>(Doc. 19) |

On August 4, 2022, Plaintiff Donna Herrera ("Plaintiff") filed a putative class action complaint against Defendant Olam Americas, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1). On September 26, 2023, Defendant removed the action to this Court. *Id.*. Plaintiff filed a motion to remand on December 8, 2023, which is fully briefed and pending decision by the assigned district judge as of December 31, 2023. (Docs. 8, 14-15).

Pending before the Court is the parties' joint stipulation to stay all proceedings and defer the Court's ruling on Plaintiff's motion to remand pending their participation in and completion of private mediation, which the parties represent is scheduled to occur on October 29, 2024. (Doc. 19).

/ / /

Accordingly, in light of the parties' representations and good cause apperinag, IT IS HEREBY ORDERED:

1. This action is stayed pending the parties' completion of private mediation, currently scheduled to occur on October 29, 2024;
2. The parties shall file a joint report no later than November 19, 2024, addressing (1) the status and outcome of mediation, and (2) the parties' respective positions regarding further scheduling of case management dates in this action; and
3. The scheduling conference set for October 15, 2024 (Doc 18) is vacated, to be reset following the Court's receipt of the parties' post-mediation joint report addressed above.

IT IS SO ORDERED.

Dated:   **June 4, 2024**

UNITED STATES MAGISTRATE JUDGE