UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HERRERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC.,<br><br>Defendant. | Case No. 1:23-cv-01402-KES-CDB<br><br>ORDER ON STIPULATION MAINTAINING STAY OF ACTION PENDING COMPLETION OF MEDIATION<br><br>(Doc. 21) |

On August 4, 2022, Plaintiff Donna Herrera ("Plaintiff") filed a putative class action complaint against Defendant Olam Americas, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1). On September 26, 2023, Defendant removed the action to this Court. *Id.*. Plaintiff filed a motion to remand on December 8, 2023, which is fully briefed and pending decision by the assigned district judge as of December 31, 2023. (Docs. 8, 14-15).

On June 5, 2024, the Court ordered this action stayed pending the parties' completion of private mediation that was scheduled to occur on October 29, 2024, and vacated the scheduling conference set for October 15, 2024, to be reset following receipt of the parties' post-mediation joint report. (Doc. 20 p. 2). The parties were directed to file a joint status report no later than November 19, 2024, addressing (1) the status and outcome of mediation, and (2) the parties' respective positions regarding further scheduling of case management dates in this action. *Id.*

1

Pending before the Court is the parties' joint status report and stipulation to continue stay of all proceedings pending rescheduled mediation, which the parties represent is scheduled to occur on February 24, 2025.  (Doc. 21).  The parties seek to continue the stay in full until a continued Scheduling Conference to occur at least forty-five (45) days after the February 24, 2025, mediation.  *Id.* at 2.

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The stay previously imposed (Doc. 20) shall remain in effect pending further order of the Court;
2. The parties shall file a joint report no later than March 17, 2025, addressing (1) the status and outcome of mediation, and (2) the parties' respective positions regarding further scheduling of case management dates in this action; and
3. The scheduling conference is to be reset following the Court's receipt of the parties' post-mediation joint report addressed above.

IT IS SO ORDERED.

Dated:   **November 20, 2024**                    _____
                                              UNITED STATES MAGISTRATE JUDGE